[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 15, 2011
JOHN LEY
CLERK

No. 10-12258
Non-Argument Calendar

_____

D.C. Docket No. 1:09-cv-23203-ASG & BKCY No. 07-12963-BKC-LMI

In Re: ALL AMERICAN SEMICONDUCTOR, INC., et al.,

Debtors.

_____

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG SEMICONDUCTOR, INC.,

Plaintiffs - Appellants,

versus

AASI CREDITOR LIQUIDATING TRUST,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 15, 2011)

Before TJOFLAT, CARNES and FAY, Circuit Judges.

PER CURIAM:

The sole issue in this appeal is the adequacy of the appellee's reservation of claims (as a debtor in bankruptcy) against appellants to preclude the application of res judicata or collateral estoppel to post confirmation actions. Both the Bankruptcy Judge and the District Judge found the reservations set forth in the pleadings filed in the bankruptcy proceedings adequate and legally sufficient. We agree.

AFFIRMED.